UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM YUSUF, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAISE MARKETPLACE, LLC d/b/a GCX,<br><br>Defendant. | Case No. 3:25-cv-09632-LJC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Jonathan S. Quinn, an active member in good standing of the bars of Illinois and New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Raise Marketplace, LLC d/b/a GCX in the above-entitled action. My local co-counsel in this case is Megan L. Rodgers, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 310344.

| | |
|---|---|
| 225 West Randolph Street, Suite 2800<br>Chicago, IL 60606<br>MY ADDRESS OF RECORD | 5 Palo Alto Square, 10th Floor<br>Palo Alto, California 94306-2112<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (312) 269-8093<br>MY TELEPHONE # OF RECORD | (650) 632-4700<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jquinn@nge.com<br>MY EMAIL ADDRESS OF RECORD | mrodgers@cov.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6200495 (IL), 2034056 (NY).

A true and correct copy of the certificates of good standing or equivalent official document from each said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2025                                    Respectfully submitted,

                                                                          */s/ Jonathan S. Quinn*
                                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR THE ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jonathan S. Quinn is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance of pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 9, 2025

                                                                          UNITED STATES MAGISTRATE JUDGE



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
12/8/2025

Re: Jonathan Stuart Quinn
    Attorney No. 6200495

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Jonathan Stuart Quinn was admitted to practice law in Illinois on 5/12/1989; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
    Andrew Oliva
    Registrar



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Jonathan S. Quinn

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 5, 1986**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on December 9, 2025.

*Clerk of the Court*

CertID-00263907



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

    Bar examination history is available from the [New York State Board of Law Examiners](#).

    Instructions, forms and links are available on [this Court's website](#).

*[signature]*

Darrell M. Joseph
Clerk of the Court

Revised October 2024